IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| v. | § | NO. 3:23-CR-093-K (01) |
| | § | |
| JACOBRIEN RASHOID WILLIAMS | § | |
| | § | |
| Defendant | § | |

**MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court referred the request for revocation of Defendant's Supervised Release to United States Magistrate Judge Rebecca Rutherford for consideration. The Court has received the Report and Recommendation ("Recommendation") of the United States Magistrate Judge pursuant to its order [ECF No. 54]. Defendant waived allocution before this Court [ECF No. 53]. The Defendant then filed Objections to the Recommendation of the United States Magistrate Judge [ECF No. 54]. The Court reviewed *de novo* those portions of the Recommendation to which objections were made and reviewed the remaining Recommendation for plain error. Finding no error, the Court ACCEPTS the Recommendation of the United States Magistrate Judge.

The Court **OVERRULES** the objections and is of the opinion that the Recommendation is correct.

It is, therefore, **ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion and findings of the Court. It is further **ORDERED** that the Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of **FORTY (40) Months**. No term of Supervised Release to follow.

The Defendant shall receive credit for time served in custody prior to Revocation. Further, this sentence shall run concurrently with state case 0572562-2026.

SO ORDERED.

Signed November 3rd, 2026.

Ed Kinkeade
ED KINKEADE
UNITED STATES DISTRICT JUDGE